UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.:  1:23-cv-10432

PAUL REIFFER,

                    Plaintiff,

v.

MILLBROOK REALTY CAPITAL LLC,
CHARLES YASSKY
MARC YASSKY,

                    Defendants,

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff PAUL REIFFER by and through his undersigned counsel, brings this Complaint

against Defendants MILLBROOK REALTY CAPITAL LLC, CHARLES YASSKY AND

MARC YASSKY for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.      Plaintiff PAUL REIFFER ("Reiffer") brings this action for violations of exclusive

rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Reiffer's original

copyrighted Work of authorship.

2.      Reiffer is a professional landscape, cityscape, and commercial photographer

working worldwide. He is a Fellow of the British Institute of Professional Photography, an

Associate of the Royal Photographic Society, winner of the UN International Year of Light

competition, and the owner of the "world's most exclusive and remote gallery" in the Maldives,

which is only accessible by seaplane or speedboat. Reiffer's images of cityscapes, extreme

locations, rooftops, heli-shoots, the arctic circle, and others are highly sought after. Reiffer is

routinely commissioned for commercial work. Reiffer's images are scarce as they are created

using a Phase One XV iO3/100 100 Megapixel Medium Format digital camera system, valued at

$60,000.

3.      Defendant Millbrook Realty Capital LLC ("MRC") is a private, balance sheet,

bridge lender that provides capital solutions secured by commercial real estate nationwide.   At

all times relevant herein, MRC owned and operated the internet website located at the URL

https://www.millbrookrealtycapital.com/ (the "Website").

4.      Defendants Marc Yassky and Charles Yassky ("Yasskys") are the Managing

Principals of MRC.

5.      Defendants MRC, Marc Yassky and Charles Yassky are collectively referred to

herein as "Defendants".

6.      Reiffer alleges that Defendants copied Reiffer's copyrighted Work from the

internet in order to advertise, market and promote their business activities.  Defendants

committed the violations alleged in connection with Defendants' business for purposes of

advertising and promoting sales to the public in the course and scope of the Defendants'

business.

## JURISDICTION AND VENUE

7.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C.

§§ 1331, 1338(a).

9.      Defendants are subject to personal jurisdiction in New York.  Defendant

Millbrook Realty Capital LLC is a resident LLC of this judicial district. Marc Yassky and

Charles Yassky are the managing members of the New York LLC.

10.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11.     Millbrook Realty Capital LLC is a New York Limited Liability Company, with its principal place of business at 424 Madison Avenue, 16th Floor, New York, NY 10017 and can be served by serving its Registered Agent, Allstate Corporate Services Corp., 99 Washington Ave, Suite 1008, Albany, NY 12260.

12.     Charles Yassky is an individual residing in New York, New York county, state of New York and can be served at 641 5th Avenue, Apartment 30A, New York, NY 10022.

13.     Marc Yassky is an individual residing in Aventura, Miami-Dade county, state of Florida and can be served at 4100 Island Blvd Unit 1002, Aventura, FL 33160.

## THE COPYRIGHTED WORK AT ISSUE

14.     In 2014, Reiffer created the photograph entitled "Financial Freedom," which is shown below and referred to herein as the "Work".



3
**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

15.     Reiffer registered the Work with the Register of Copyrights on May 08, 2017, and was assigned registration number VA 2-044-620.  The Certificate of Registration is attached hereto as **Exhibit 1**.

16.     Reiffer's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

17.     At all relevant times Reiffer was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANTS**

18.     Defendants have never been licensed to use the Work at issue in this action for any purpose.

19.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20.     On or about February 11, 2023, Reiffer discovered the unauthorized use of his Work on the Website. The Work was used on the Website's homepage as the main banner image.

21.     Defendants copied Reiffer's copyrighted Work without Reiffer's permission.

22.     After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their regular business activities.

23.     Defendants copied and distributed Reiffer's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24      Reiffer's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

25.     Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

26.     Reiffer never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27      Reiffer notified Defendants of the allegations set forth herein on February 17, 2023 and May 11, 2023.  To date, the parties have failed to resolve this matter.

28.     As of the filing of this matter, the Work is still actively being infringed on the Website.

## COUNT I
## COPYRIGHT INFRINGEMENT

29.     Reiffer incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30.     Reiffer owns a valid copyright in the Work at issue in this case.

31.     Reiffer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32.     Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Reiffer's authorization in violation of 17 U.S.C. § 501.

33.     Defendants performed the acts alleged in the course and scope of its business activities.

34.     Upon information and belief, Marc Vassky and Charles Vassky (collectively, "the Vasskys") conduct all of the day-to-day activities of Millbrook Realty Capital LLC, including the direct control and operation of the Website.

35. Defendants' acts were willful.

36. Reiffer has been damaged.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT BY MARC AND CHARLES VASSKY

37. Reiffer incorporate the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

38. Reiffer own valid copyrights in the Works at issue in this case.

39. Reiffer registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

40. Marc Vassky and Charles Vassky (collectively, "the Vasskys") copied, displayed and distributed the Works at issue in this case and made derivative of the Works without Reiffer's authorization in violation of 17 U.S.C. § 501.

41. The Vasskys had the right and ability to supervise the infringing activities of MRC alleged herein.

42. The Vasskys had a direct financial interest in the infringing activities alleged herein.

43. As a result of the Vasskys' vicarious infringement as alleged above, MRC obtained direct and indirect profits it would otherwise not have realized but for its infringement of the Works.

44. Reiffer has been damaged.

45. The harm caused to Reiffer has been irreparable.

WHEREFORE, the Plaintiff PAUL REIFFER prays for judgment against the Defendants MILLBROOK REALTY CAPITAL LLC, CHARLES YASSKY AND MARC YASSKY that:

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

a.        Defendants and their officers, agents, servants, employees, affiliated

entities, and all of those in active concert with them, be preliminarily and permanently

enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.        Defendants be required to pay Reiffer his actual damages and Defendants'

profits attributable to the infringement, or, at Reiffer's election, statutory damages, as

provided in 17 U.S.C. § 504

c.        Reiffer be awarded his attorneys' fees and costs of suit under the

applicable statutes sued upon;

d.        Reiffer be awarded pre- and post-judgment interest; and

e.        Reiffer be awarded such other and further relief as the Court deems just

and proper.

### JURY DEMAND

Reiffer hereby demands a trial by jury of all issues so triable.

DATED: November 29, 2023              Respectfully submitted,

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE
Joseph.dunne@sriplaw.com

SRIPLAW, P.A.
175 Pearl Street
Third Floor
Brooklyn, NY 11201
929.200.8446 - Telephone

*Counsel for Plaintiff Paul Reiffer*

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK